## Case No. 8,159.

### LEAGUE v. SMITH.

[Nowhere reported; opinion not now accessible.]